|  |  |
|---|---|
| HARON COLE, on behalf of himself and all others similarly situated, <br><br>    Plaintiffs, <br><br>    v. <br><br>Poernie Technology Trading Incorporated, <br><br>    Defendant. | **United States District Court**<br>**Northern District of Illinois**<br><br>Case No.: 1:25-cv-3155<br><br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

    **IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

    Dated: October 29, 2025

_/s/ David B. Reyes_

David B. Reyes, Esq.

EQUAL ACCESS LAW GROUP, PLLC

68-29 Main Street

Flushing, NY 11367

Tel: (630)-478-0856

Email: Dreyes@ealg.law

_Attorney for Plaintiff_

    _/s/ Jianchao Li_

Jianchao Li

LawMay P.C.

2108 N St., Ste.9124

Sacramento, CA 95816

Tel: (213)-271-6014

Email: jpl@peterlawoffice.com

_Attorney for Defendant_